## ORDER

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is REMANDED to the trial court for further proceedings in accord with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.,* —— Pa. ——, 701 A.2d 156 (1997).

**William LEISER, Petitioner,**

v.

**ATLANTIC REFINING AND MARKETING CORPORATION, Ind. and t/d/b/a Sunoco A–Plus Mini Market and Sun Company, Inc. Ind. and t/d/b/a Sunoco A–Plus Mini Market and John Doe, Ind. and t/d/b/a Sunoco A–Plus Mini Market and XYZ Corporation, Ind. and Sunoco A–Plus Mini Market, Respondents.**

Supreme Court of Pennsylvania.

Oct. 29, 1997.

John F. Hanahan, Philadelphia, for petitioner.

## ORDER

PER CURIAM.

AND NOW this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is REMANDED to the trial court for further proceedings in accordance with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.,* —— Pa. ——, 701 A.2d 156 (1997).

■

**Howard SEIDMAN and Ronald Kerwood, Petitioners,**

v.

**Raymond MICHITTI, William J. Siderio, Jr., Consolidated Mortgage Corporation, Provident Bank of Maryland, and Provident Mortgage Corporation, Respondents.**

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Robert A. Davitch, Stephen G. Console, Philadelphia, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is REMANDED to the trial court for further proceedings in accord with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.,* —— Pa. ——, 701 A.2d 156 (1997).

